UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 2:20-CV-14011-ROSENBERG**

JOHNATHAN SHERWIN,

    Plaintiff,

v.

MARTIN COUNTY SHERIFF'S
OFFICE, ET AL.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Report of Magistrate Judge. DE 24. This matter was referred to Magistrate Judge Lisette M. Reid for a Report and Recommendation on any dispositive matters. Judge Reid issued the Report of Magistrate Judge on October 14, 2020. DE 24. Neither party filed objections to the Report and Recommendation. The Court has conducted a *de novo* review of the Report and Recommendation, the objections, and the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendations to be well reasoned and correct. The Court agrees with the analysis in the Report of Magistrate Judge and concludes that Plaintiff's Complaint, DE 1, should be dismissed as impermissible shotgun pleading and for failure to state a claim.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report of Magistrate Judge [DE 24] is hereby **ADOPTED**.

2. Plaintiff's Complaint [DE 1] is **DISMISSED WITH PREJUDICE**.

      3. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 30th day of October, 2020.

*/s/ Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record